EDWARDS v. MEANS

No. 123 PC.

Case below: 36 N.C. App. 122.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978.

FOX v. FOX

No. 117 PC.

Case below: 35 N.C. App. 774.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 June 1978.

HALL v. HALL

No. 111 PC.

Case below: 35 N.C. App. 664.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978.

IN RE FORESTRY FOUNDATION

No. 101 PC.

Case below: 35 N.C. App. 414.

Petition for discretionary review under G.S. 7A-31 allowed 6 June 1978.

IN RE FORESTRY FOUNDATION

No. 100 PC.

Case below: 35 N.C. App. 430.

Petition for discretionary review under G.S. 7A-31 allowed 6 June 1978.